*Electronically Filed*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION NO.: 3:15-CV-00728-CRS

BETTY BOVINET                                                                        PLAINTIFF

v.                            **AGREED ORDER OF DISMISSAL**

DIVERSICARE HEALTHCARE SERVICES, INC.;
DIVERSICARE OF SENECA PLACE, LLC; and
DIVERSICARE MANAGEMENT SERVICES CO.             DEFENDANTS

\* \* \* \* \* \* \* \* \* \*

The Plaintiff, BETTY BOVINET, and Defendants, DIVERSICARE HEALTHCARE SERVICES, INC., DIVERSICARE OF SENECA PLACE, LLC, and DIVERSICARE MANAGEMENT SERVICES CO., by counsel having agreed to settle all claims in connection with this matter and settlement having occurred;

**IT IS HEREBY ORDERED** that this action, Plaintiff's Complaint, and all claims asserted by the Plaintiff against the Defendants, and each of them, may be and the same hereby are **DISMISSED WITH PREJUDICE**, all matters in controversy and all claims among the parties having been settled, with each party bearing their own costs and attorneys' fees. Plaintiff shall satisfy any and all present or future liens of any kind, known or unknown, which may relate to the settlement proceeds.

The Court being satisfied that there is no just reason for delay, this is a final and appealable Order.

**SO ORDERED**

SEEN AND AGREED TO BY:

_____
Martha Marie Eastman
**Eastman Law Office, P.S.C.**
3721 Taylorsville Road
Louisville, Kentucky 40220
Telephone: (502) 456-1331
Facsimile: (502) 454-5393
Email: eastman@eastmanlawoffice.com
*Counsel for Plaintiff*


*/s/ Francisco D. Savinon, Jr.*
Donald L. Miller, II
Francisco D. Savinon, Jr.
QUINTAIROS, PRIETO, WOOD & BOYER, P.A.
9300 Shelbyville Road, Suite 400
Louisville, Kentucky 40222
Telephone:  (502) 423-6390
Facsimile:  (502) 423-6391
Email: dmiller@qpwblaw.com
         francisco.savinon@qpwblaw.com
*Counsel for Defendants*



Distribution To:  Counsel of Record